# ALBERT Y. DAYAN

**Attorney at Law**         80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Tel: (718) 268-9400:        Fax: (718) 268-9404

<u>VIA:  ECF</u>

June 7, 2021

Application granted.

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 8, 2021

Re:     United States v. Artur Sattarov, et. al.
        Criminal Docket No. S2 20-Cr-00653 (RA)

Dear Judge Abrams:

I am the attorney for Artur Sattarov in the above referenced case and respectfully submit this letter to Your Honor on behalf of the defendant.

Mr. Sattarov was released on bail on August 13, 2020, among conditions secured by $100,000: bond, strict pretrial supervision, surrender of his travel documents and travel restrictions to Southern and Eastern Districts of New York.

Your Honor, with no objection from the Government and Pretrial Services, Mr. Sattarov is kindly asking the Court's permission to modify his bail conditions to allow him to travel to Miami, Florida for a week's vacation with three family members, leaving New York on Thursday, June 10 and returning on Tuesday, June 15, 2021.  Mr. Sattarov will make sure he is back in New York on the specified date.

Thank you Your Honor.

Respectfully submitted,

_____/s/_____
Albert Y. Dayan
Attorney at Law

cc.     AUSA Cecilia Vogel
        AUSA Nathan Rehn
        USPO Shawn Bostic