**ALBERT Y. DAYAN**  80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415
Attorney at Law        Tel: (718) 268-9400:    Fax: (718) 268-9404

VIA:  ECF

June 29, 2021

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____/s/_____
Ronnie Abrams, U.S.D.J.
June 30, 2021

Re:  United States v. Artur Sattarov, et. al.
Criminal Docket No. S2 20-Cr-00653 (RA)

Dear Judge Abrams:

I am the attorney for Artur Sattarov in the above referenced case and respectfully submit this letter to Your Honor on behalf of the defendant.

Mr. Sattarov was released on bail on August 13, 2020, among conditions secured by $100,000: bond, strict pretrial supervision, surrender of his travel documents and travel restrictions to Southern and Eastern Districts of New York.

Your Honor, with no objection from the Government and Pretrial Services, Mr. Sattarov is kindly asking the Court's permission to modify his bail conditions to allow him to drive his two children to 76ERS Basketball Camps located in New Jersey and Pennsylvania two days per week.  The days of the week vary.

To date, Mr. Sattarov is fully compliant with the conditions of his release.

Thank you Your Honor.

Respectfully submitted,

_____/s/_____
Albert Y. Dayan
Attorney at Law

cc.  AUSA Cecilia Vogel
AUSA Nathan Rehn
USPO Shawn Bostic