# ALBERT Y. DAYAN
80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Attorney at Law     Tel: (718) 268-9400:    Fax: (718) 268-9404

<u>VIA: ECF</u>

July 8, 2021

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted.
>
> SO ORDERED.
>
> _/s/ Ronnie Abrams_
>
> Ronnie Abrams, U.S.D.J.
> July 8, 2021

     Re:     United States v. Artur Sattarov, et. al.
               Criminal Docket No. S2 20-Cr-00653 (RA)

Dear Judge Abrams:

     I am the attorney for Artur Sattarov in the above referenced case and respectfully submit this letter to Your Honor on behalf of the defendant.

     Mr. Sattarov was released on bail on August 13, 2020, among conditions secured by $100,000: bond, strict pretrial supervision, surrender of his travel documents and travel restrictions to Southern and Eastern Districts of New York.

     Your Honor, with no objection from the Government and Pretrial Services, Mr. Sattarov is kindly asking the Court's permission to modify his bail conditions to allow him to drive with his family to Plainfield, Illinois, to celebrate his nephew's birthday. Mr. Sattarov and his family will leave New York on Thursday, August 19 and return on Monday, August 23, 2021. He and his family will stay at his sister-in-law's residence at 12912 Barrow Lane, Plainfield, Illinois 60585.

     Thank you Your Honor.

                                     Respectfully submitted,

                                     _____/s/_____
                                     Albert Y. Dayan
                                     Attorney at Law

cc.     AUSA Cecilia Vogel
        AUSA Nathan Rehn
        USPO Stephen Boose