# ALBERT Y. DAYAN
80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Attorney at Law     Tel: (718) 268-9400:    Fax: (718) 268-9404

**VIA: ECF**

August 18, 2021

The Honorable Ronnie Abrams  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

> Application granted.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> August 19, 2021

Re: United States v. Artur Sattarov, et. al.  
Criminal Docket No. S2 20-Cr-00653 (RA)

Dear Judge Abrams:

I am the attorney for Artur Sattarov in the above referenced case and respectfully submit this letter to Your Honor on behalf of the defendant.

Mr. Sattarov was released on bail on August 13, 2020, among conditions secured by $100,000: bond, strict pretrial supervision, surrender of his travel documents and travel restrictions to Southern and Eastern Districts of New York.

Your Honor, with no objection from the Government and Pretrial Services, Mr. Sattarov is kindly asking the Court's permission to modify his bail conditions to allow him to travel with his wife and two children to visit other family members residing at Sunny Isles, Florida. Mr. Sattarov and his family will leave New York on Thursday, September 2 and return on Tuesday, September 7, 2021. He will provide his itinerary and relevant information to Pretrial Services.

Thank you Your Honor.

Respectfully submitted,

_____/s/_____  
Albert Y. Dayan  
Attorney at Law

cc: AUSA Cecilia Vogel  
     AUSA Nathan Rehn  
     USPO Stephen Boose