# **ALBERT Y. DAYAN**  80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Attorney at Law                    Tel: (718) 268-9400:     Fax: (718) 268-9404

**VIA:  ECF**

September 08, 2021

The Honorable Ronnie Abrams  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

Re:   United States v. Artur Sattarov, et. al.  
Criminal Docket No. S2 20-Cr-00653 (RA)

Application granted.

SO ORDERED.

_____  
Ronnie Abrams, U.S.D.J.  
September 10, 2021

Dear Judge Abrams:

I am the attorney for Artur Sattarov in the above referenced case and respectfully submit this letter to Your Honor on behalf of the defendant.

Mr. Sattarov was released on bail on August 13, 2020, among conditions secured by $100,000: bond, strict pretrial supervision, surrender of his travel documents and travel restrictions to Southern and Eastern Districts of New York.

Your Honor, with no objection from the Government and Pretrial Services, Mr. Sattarov is kindly asking the Court's permission to modify his bail conditions to allow him to travel to Florida for three (3) days for the purpose of overseeing his existing business of car rentals and jet ski rentals.  Mr. Sattarov plans to leave New York on Friday, September 17, and return on Monday, September 20, 2021.  He will stay at 400 Sunny Isles Blvd., Apt. 415, Sunny Isles, Florida 33160.

Thank you Your Honor.

Respectfully submitted,

_____/s/_____  
Albert Y. Dayan  
Attorney at Law

cc.   AUSA Cecilia Vogel  
AUSA Nathan Rehn  
USPO Stephen Boose