

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2021

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Rasulov, et al.*, 20 Cr. 653 (RA)

Dear Judge Abrams:

The Government respectfully submits this letter pursuant to the Court's order dated August 16, 2021, which directed the parties to provide an update to the Court regarding the July 26, 2021 letter submitted by a2b Transportation, Inc. ("a2b"), within 30 days. (Dkt. No. 78).

In its July 26, 2021 letter, a2b indicated that it was seeking the return of the seized funds in order to repay an Economic Injury Disaster Loan it received from the Small Business Administration ("SBA"). The Government has conferred with a2b via telephone and email over the last 30 days, and has indicated a willingness to resolve the claim by returning the funds directly to the SBA, the original source of the funds. Counsel for a2b has informed the Government that a2b would not agree to such a resolution. Accordingly, the Government has asked counsel for a2b to provide documentation that would support the statements made to the SBA in the loan application, and that would indicate that the funds obtained from the SBA were actually used for permissible purposes under the SBA regulations. On September 10, 2021, counsel for a2b provided some documentation to the Government, and indicated that counsel is attempting to obtain further

Hon. Ronnie Abrams                                                   Page 2
September 15, 2021

documentation. The parties anticipate that this documentation may clarify whether they will be able to resolve their dispute over these funds. Accordingly, the parties jointly respectfully request that they be permitted to provide a further update in approximately 30 days.

                                                    Respectfully submitted,

                                                    AUDREY STRAUSS
                                                    United States Attorney for
                                                    the Southern District of New York

                               By: _____
                                                    Thane Rehn
                                                    Cecilia Vogel
                                                    Assistant United States Attorneys
                                                    (212) 637-2354/1084

cc: Roman Leonov, Esq. (via email and ECF)