**ALBERT Y. DAYAN**　　80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415
Attorney at Law　　　　Tel: (718) 268-9400:　Fax: (718) 268-9404

VIA: ECF

December 13, 2021

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 14, 2021

Re:　United States v. Artur Sattarov, et. al.
　　　Criminal Docket No. S2 20-Cr-00653 (RA)

Dear Judge Abrams:

　　　I am the attorney for Artur Sattarov in the above referenced case and respectfully submit this letter to Your Honor on behalf of the defendant.

　　　Mr. Sattarov was released on bail on August 13, 2020, among conditions secured by $100,000: bond, strict pretrial supervision, surrender of his travel documents and travel restrictions to Southern and Eastern Districts of New York.

　　　Your Honor, with no objection from the Government and Pretrial Services, Mr. Sattarov is kindly asking the Court's permission to modify his bail conditions to allow him to fly with his family to Chicago. Mr. Sattarov and his family will leave New York on Tuesday, December 28, 2021 and return on Saturday, January 1, 2022. He and his family will stay at his sister-in-law's residence at 12912 Barrow Lane, Plainfield, Illinois 60585.

　　　Thank you Your Honor.

Respectfully submitted,

Albert Y. Dayan
Attorney at Law

cc:　AUSA Cecilia Vogel
　　　AUSA Nathan Rehn
　　　USPO Stephen Boose