# ALBERT Y. DAYAN   80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415
Attorney at Law          Tel: (718) 268-9400:     Fax: (718) 268-9404

**VIA: ECF**

June 27, 2022

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 27, 2022

Re:   United States v. Artur Sattarov, et. al.
      Criminal Docket No. S2 20-Cr-00653 (RA)

Dear Judge Abrams:

I am the attorney for Artur Sattarov in the above referenced case and respectfully submit this letter to Your Honor on behalf of the defendant.

Mr. Sattarov was released on bail on August 13, 2020, among conditions secured by $100,000: bond, strict pretrial supervision, surrender of his travel documents and travel restrictions to Southern and Eastern Districts of New York.

Your Honor, with no objection from the Government and Pretrial Services, Mr. Sattarov is kindly asking the Court's permission to modify his bail conditions to allow him to travel with his wife and two children to visit his wife's younger sister for the upcoming holiday weekend. Her sister resides at Plainfield, Illinois 60585. Mr. Sattarov and his family will leave New York on Thursday, June 30 and return on Tuesday, July 5, 2022.

We do sincerely apologize for this short notice.

Thank you Your Honor.

Respectfully submitted,

_____/s/_____
Albert Y. Dayan
Attorney at Law

cc.   AUSA Cecilia Vogel
      AUSA Nathan Rehn
      USPO Stephen Boose