# ALBERT Y. DAYAN
**Attorney at Law**

80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Tel: (718) 268-9400:   Fax: (718) 268-9404

<u>VIA:  ECF</u>

January 4, 3023

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 4, 2023

Re:   United States v. Artur Sattarov, et. al.
         Criminal Docket No. S2 20-Cr-00653 (RA)

Dear Judge Abrams:

I am the attorney for Artur Sattarov in the above referenced case and respectfully submit this letter to Your Honor on behalf of the defendant.

Mr. Sattarov was released on bail on August 13, 2020, among conditions secured by $100,000: bond, strict pretrial supervision, surrender of his travel documents and travel restrictions to Southern and Eastern Districts of New York.

Your Honor, with no objection from the Government and Pretrial Services, Mr. Sattarov is kindly asking the Court's permission to modify his bail conditions to allow him to fly to Chicago, Illinois with his wife and two children to visit relatives who reside at Plainfield, Illinois 60585.  Mr. Sattarov and his family plan to leave New York on Friday, January 13, and return on Tuesday, January 17, 2023.  Mr. Sattarov will provide a copy of his travel itinerary to Pretrial Services.

Thank you Your Honor.

Respectfully submitted,

_____/s/_____
Albert Y. Dayan
Attorney at Law

cc.   AUSA Cecilia Vogel
       AUSA Nathan Rehn
       USPO Stephen Boose
       (BY ECF)