# ALBERT Y. DAYAN
### Attorney at Law

80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Tel: (718) 268-9400:   Fax: (718) 268-9404

**VIA:  ECF**

June 23, 2023

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Re:   United States v. Artur Sattarov, et. al.
Criminal Docket No. S2 20-Cr-00653 (RA)

_____
Ronnie Abrams, U.S.D.J.
June 26, 2023

Dear Judge Abrams:

    I am the attorney for Artur Sattarov in the above referenced case and respectfully submit this letter to Your Honor on behalf of the defendant.

    Mr. Sattarov was released on bail on August 13, 2020, among conditions secured by $100,000: bond, strict pretrial supervision, surrender of his travel documents and travel restrictions to Southern and Eastern Districts of New York.

    Your Honor, with no objection from the Government and Pretrial Services, Mr. Sattarov is kindly asking the Court's permission to modify his bail conditions to allow him to travel with his wife and two children, to Chicago, Illinois to visit his relatives who reside at Plainfield, Illinois 60585.  Mr. Sattarov and his family will leave New York on Friday, June 30, and return on Saturday, July 8, 2023 and he will provide a copy of his travel itinerary to Pretrial Services.

    Thank you Your Honor.

Respectfully submitted,

_____/s/_____
Albert Y. Dayan
Attorney at Law

cc.   AUSA Cecilia Vogel
      AUSA Nathan Rehn
      USPO Jazzlyn Harris