# ALBERT Y. DAYAN
### Attorney at Law

80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Tel: (718) 268-9400:   Fax: (718) 268-9404

**VIA:  ECF**

July 21, 2023

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Re:   United States v. Artur Sattarov, et. al.
         Criminal Docket No. S2 20-Cr-00653 (RA)

_____/s/_____
Ronnie Abrams, U.S.D.J.
July 21, 2023

Dear Judge Abrams:

  I am the attorney for Artur Sattarov in the above referenced case and respectfully submit this letter to Your Honor on behalf of the defendant.

  Mr. Sattarov was released on bail on August 13, 2020, among conditions secured by $100,000: bond, strict pretrial supervision, surrender of his travel documents and travel restrictions to Southern and Eastern Districts of New York.

  Your Honor, with no objection from the Government and Pretrial Services, Mr. Sattarov is kindly asking the Court's permission to modify his bail conditions to allow him to travel with his wife and two children to Lake George.  Mr. Sattarov and his family plan to leave New York on Thursday, August 3, and return on Sunday, August 6, 2023, and will stay at 2998 Lake Shore Dr., Lake George, New York 12845.

  Thank you Your Honor.

Respectfully submitted,

_____/s/_____
Albert Y. Dayan
Attorney at Law

cc.   AUSA Cecilia Vogel
       AUSA Nathan Rehn
       USPO Jazzlyn Harris