# ALBERT Y. DAYAN
Attorney at Law

80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Tel: (718) 268-9400:     Fax: (718) 268-9404

**VIA:  ECF**

February 7, 2024

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Artur Sattarov, et. al.
Criminal Docket No. S2 20-Cr-00653 (RA)

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 7, 2024

Dear Judge Abrams:

I am the attorney for Artur Sattarov in the above referenced case and respectfully submit this letter to Your Honor on behalf of the defendant.

Mr. Sattarov was released on bail on August 13, 2020, among conditions secured by $100,000: bond, strict pretrial supervision, surrender of his travel documents and travel restrictions to Southern and Eastern Districts of New York.

Your Honor, with no objection from the Government and Pretrial Services, Mr. Sattarov is kindly asking the Court's permission to modify his bail conditions to allow him to travel with his wife and two children to Aspen, Colorado for four days.  Mr. Sattarov and his family plan to leave New York on Thursday, February 8, and return on Sunday, February 11, 2024, and will stay at the Viewline Resort Snowmass located at 100 Elbert Lane, Snowmass Village, CO 81615.

Thank you Your Honor.

Respectfully submitted,

_____/s/_____
Albert Y. Dayan
Attorney at Law

cc.    AUSA Cecilia Vogel
       AUSA Nathan Rehn
       USPO Jazzlyn Harris