**ALBERT Y. DAYAN**    80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415
    **Attorney at Law**        Tel: (718) 268-9400:    Fax: (718) 268-9404

VIA:  ECF

April 12, 2024

The Honorable Ronnie Abrams        Application granted.
United States District Judge
Southern District of New York        SO ORDERED.
40 Foley Square
New York, New York 10007

                                                      Ronnie Abrams, U.S.D.J.
      Re:    United States v. Artur Sattarov, et. al.    April 12, 2024
              Criminal Docket No. S2 20-Cr-00653 (RA)

Dear Judge Abrams:

      I am the attorney for Artur Sattarov in the above referenced case and respectfully submit this letter to Your Honor on behalf of the defendant.

      Mr. Sattarov was released on bail on August 13, 2020, among conditions secured by $100,000: bond, strict pretrial supervision, surrender of his travel documents and travel restrictions to Southern and Eastern Districts of New York.

      Your Honor, with no objection from the Government and Pretrial Services, Mr. Sattarov is kindly asking the Court's permission to modify his bail conditions to allow him to travel with his wife and two children to Chicago, Illinois.  Mr. Sattarov and his family plan to leave New York on Wednesday, April 17, and return on Monday, April 22, 2024, and will stay at his sister-in-law's residence at 129-12 Barrow Lane, Plainfield, IL 60585.

      Thank you Your Honor.

                            Respectfully submitted,

                            _____/s/_____
                            Albert Y. Dayan
                            Attorney at Law

cc.    AUSA Cecilia Vogel
       AUSA Nathan Rehn
       USPO Jazzlyn Harris