UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ARTUR SATTAROV,

              Defendant.

No. 20-CR-653

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court has been notified that Mr. Sattarov has not contacted the Probation Department to schedule an interview to prepare his presentence investigation report, despite numerous documented attempts, including a recent attempt yesterday.

    IT IS HEREBY ORDERED that defense counsel shall contact the Probation Department as soon as possible to schedule an interview. If defense counsel fails to do so, the Probation Department will submit the presentence investigation report to the Court without the interview of the defendant.

SO ORDERED.

Dated:    September 27, 2024
                New York, New York

                                        Ronnie Abrams
                                        United States District Judge