UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ARTUR SATTAROV,

                    Defendant.

No. 20-CR-653

ORDER

RONNIE ABRAMS, United States District Judge:


On September 27, 2024, the Court directed Mr. Sattarov's counsel to contact the Probation Department to schedule an interview of the defendant and warned that if he failed to do so, Probation would submit the presentence investigation report to the Court without having conducted such an interview. Counsel failed to do so, or to respond to Probation's many attempts to contact him. Accordingly, the Court has been advised that Probation intends to disclose the report as is.


SO ORDERED.

Dated:    October 24, 2024
          New York, New York

_____
Ronnie Abrams
United States District Judge