UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
:
UNITED STATES OF AMERICA
:    CONSENT PRELIMINARY ORDER
- v. -                                OF FORFEITURE/
:    MONEY JUDGMENT
ARTUR SATTAROV,
:    S2 20 Cr. 653 (RA)
Defendant.
:
---------------------------------- x

WHEREAS, on or about December 16, 2020, ARTUR SATTAROV (the "Defendant"), was charged in a Sealed Superseding Information, S2 20 Cr. 653 (RA) (the "Information"), with conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349 (Count One); conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count Two); conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Three); operation of an unlicensed money transmitting business, in violation of Title 18, United States Code, Sections 1960 and 2 (Count Four); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Five);

WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States;

WHEREAS, the Information also included a forfeiture allegation as to Counts Three and Four of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offenses charged in Counts Three and Four of the Information, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offenses charged in Counts Three and Four of the Information;

WHEREAS, on or about December 8, 2020, the Defendant pled guilty to Counts One through Five of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One through Four of the Information and agreed to forfeit to the United States a sum of money in United States currency representing (i) the proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information; and (ii) the property involved in the offenses charged in Counts Three and Four of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $30,375,400.00 in United States currency, representing (i) pursuant to Title 18, United States Code, Section 982(a)(2), the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained; and (ii) pursuant to Title 18, United States Code, Section 982(a)(1), the property involved in the offenses charged in Counts Three and Four of the Information; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained and property involved in the offenses charged in Counts Three and Four of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Edward Y. Kim, Acting United States Attorney, Assistant United States Attorneys Cecilia Vogel and Thane Rehn, of counsel, and the Defendant, and his counsel, Albert Dayan, Esq., that:

1.      As a result of the offenses charged in Counts One through Four of the Information, to which the Defendant pled guilty, a money judgment in the amount of

$30,375,400.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained and property involved in the offenses charged in Counts Three and Four of the Information, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ARTUR SATTAROV, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

By: _____    12/18/24
CECILIA VOGEL                          DATE
THANE REHN
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-1084/2354

ARTUR SATTAROV

By: _____    12-18-24
ARTUR SATTAROV                         DATE

By: _____    12-18-24
ALBERT DAYAN, ESQ.                     DATE
Attorney for Defendant
80-02 Kew Gardens Road, 9th Floor
Kew Gardens, NY 11415

SO ORDERED:

_____         12-18-24
HONORABLE RONNIE ABRAMS                DATE
UNITED STATES DISTRICT JUDGE